UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CURTIS DOUPE, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 22-3076 (JMC) |
| FEDERAL AVIATION ADMINISTRATION, | ) ) ) | |
| Defendant. | ) ) ) | |

## **MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendant Federal Aviation Administration, respectfully moves to dismiss this case for lack of subject matter jurisdiction. As set forth in the accompanying memorandum of points and authorities, Plaintiffs Curtis Doupe and Doupe Services, LLC did not submit the requests to Defendant under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and therefore they lack standing to sue under FOIA. A proposed order is attached.

\*     \*     \*

- 2 -

Dated: November 25, 2022
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:     */s/ Derek S. Hammond*
    DEREK S. HAMMOND
    D.C. Bar # 1017784
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    202-252-2511
    Derek.Hammond@usdoj.gov

*Attorneys for the United States of America*